# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**      **Case No. 2:11-cr-51**

  **v.**      **Judge Peter C. Economus**

**MARK WYANT,**      **ORDER**

    **Defendant.**

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 13) that the plea agreement and Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Count 1 of the information, on which Defendant is hereby adjudged guilty.

**IT IS SO ORDERED.**

    **/s/ Peter C. Economus  -  September 2, 2011**
    **UNITED STATES DISTRICT JUDGE**